**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Nanci Martinez                                         Case No. 20-12993-RAM
                                                                                Chapter 13


                    Debtor
_____/

## CERTIFICATE OF SERVICE

Debtor certifies that a copy of the *Debtor's Chapter 13 Plan* [D.E. 24] was sent via CM/ECF on March 16, 2020, to:


Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**Served by First Class Mail on March 18, 2020:**

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                                                            Respectfully submitted,

                                                            Legal Services of Greater Miami, Inc.
                                                            Attorney for Debtor
                                                            Address: 4343 West Flagler Street, Suite 100
                                                            Telephone/Fax: (305) 438-2423
                                                            Email: malvarez@legalservicesmiami.org
                                                                        /s/
                                                            Maria Alvarez
                                                            Florida Bar No.: 57141