# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Nanci Martinez                                                Case No. 20-12993-RAM
                                                                      Chapter 13

                    Debtor
_____/

## DEBTOR'S NOTICE OF WITHDRAWAL OF DOCUMENTS
## [DE 24, DE 25 and DE 26]

Debtor Nanci Martinez, by and through undersigned counsel, gives notice of withdrawing Debtor's Chapter 13 Plan [DE 24], Certificate of Service [DE 25], and Certificate of Compliance and Request for Confirmation of Chapter 13 Plan [DE 26] each filed by debtor on March 16, 2020.

DATED: March 17, 2020                    Respectfully submitted,

                                         LEGAL SERVICES OF GREATER MIAMI, INC.
                                              */s/ Mandy L. Mills*_____
                                         Mandy L. Mills, Esq., Attorney for Debtor
                                         Fla. Bar No.: 0041654
                                         Legal Services of Greater Miami, Inc.
                                         4343 W. Flagler Street, Ste. 100
                                         Miami, FL 33134
                                         (T) & (F): (305) 438-2437
                                         MMills@LegalServicesMiami.org