UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Nanci Martinez                                              Case No. 20-12993-RAM
                                                                     Chapter 13


                    Debtor
_____/

## CERTIFICATE OF SERVICE

I certify that a true copy of Debtor's Notice of Withdrawal of Documents [DE 28], dated March 17, 2020, was served as follows:

**On March 17, 2020, by electronic notification to the following**:

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**and on March 17, 2020, by U.S. Mail to the following**:

Cach, LLC/Resurgent Capital Services
PO Box 10497
Greenville, SC 29603

Capital One Bank USA, NA
P.O. Box 30281
Salt Lake City, UT 84130

Celink
P.O. Box 40724
Lansing, MI 48901

Citibank, N.A.
P. O. Box 688923
Des Moines, IA 50368-8923

Commonwealth Financial Systems
245 Main Street
Scranton, PA 18519

Credit One Bank, N.A.
585 Pilot Road
Las Vegas, NV 89119

Harmony Villa, Inc.
c/o Jonathan R. Rubin

9360 Sunset Drive, Suite 285
Miami, FL 33173

Midland Funding
350 Camino De La Reina, Suite 100
San Diego, CA 92108

Mount Sinai Physician Practices
PO Box 403429
Miami Beach, FL 33140

Portfolio Recovery Associates - Disputes
140 Corporate Blvd.
Norfolk, VA 23502

Sterling Em Svc of Miami Beach
PO Box 975213
Dallas, TX 75397

DATED: March 17, 2020                   Respectfully submitted,

                                        LEGAL SERVICES OF GREATER MIAMI, INC.
                                        ___/s/ Mandy L. Mills_____
                                        Mandy L. Mills, Esq., Attorney for Debtor
                                        Fla. Bar No.:  0041654
                                        Legal Services of Greater Miami, Inc.
                                        4343 W. Flagler Street, Ste. 100
                                        Miami, FL 33134
                                        (T) & (F):  (305) 438-2437
                                        MMills@LegalServicesMiami.org